AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

MICHAEL THOMAS DANIELS,

                Petitioner,

                v.

PAT GLEBE,

                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-0295-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petitioner's Second Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is dismissed with prejudice pursuant to the Court's Order entered on January 6, 2011, Ct. Rec. 31.

| | |
|---|---|
| 01/06/2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |